# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

Application for Admission to Practice (Please file via Pacer)

NAME: **OCONNOR** (LAST) **BRYAN** (FIRST) **J** (M.I.)  FIRM TELEPHONE: **3123346875**

FIRM NAME: **WHITESIDE & GOLDBERG, LTD.**

FIRM ADDRESS: **155 N. MICHIGAN AVE.** (STREET/SUITE/P.O. BOX) **CHICAGO** (CITY) **IL** (STATE) **60601** (ZIP)

STATE BAR NO.: **6285062**  FAX NUMBER: **8003346034**

I have been admitted to practice in the following named courts on the dates indicated:

Supreme Court of the United States on _____

Highest Court of the State of **ILLINOIS** on **FEB 2005**

U.S. District Court for the **NORTHERN** District of **ILLINOIS** on **Feb 2005**

U.S. Court of Appeals for the _____ Circuit on _____

Dated: **06/13/2025**   Applicant's Signature: *Bryan J O'Connor*

Above named applicant admitted to practice this _____ day of _____.

Clerk _____

---

## OATH

I do solemnly swear that, to the best of my knowledge and ability, I will support and defend the Constitution of the United States against all enemies, foreign and domestic, and that I will bear true faith and allegiance to the same; that I take this obligation freely without any mental reservation or purpose of evasion; and that I will demean myself as Attorney and Counselor of the United States District Court for the Eastern District of Wisconsin, uprightly and according to law.

I have read the standards of professional conduct for this district and agree to abide by those standards.

*Bryan J O'Connor*
Applicant's Signature

Subscribed and sworn to before me this **13th** day of **JUNE** **2025**

*Lisa M. Segura*
Notary's Signature

OFFICIAL SEAL
LISA M SEGURA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/16/2026

### PROOF OF ELIGIBILITY (for court use only)

The following proof of eligibility was presented to me and found satisfactory:

Certificate of Good Standing from _____ dated _____

Affidavit of _____ dated _____

Oral motion and attestation of _____ dated _____

Clerk _____

# AFFIDAVIT

State of ILLINOIS )
)ss.
County of COOK )

MICHAEL J. GOLDBERG, being duly sworn deposes and says:

**THAT** he is licensed to practice law in the state of Wisconsin and has been so licensed since 2005.

**THAT** this affidavit is submitted in support of the application of BRYAN J. O'CONNOR, for admission to the Bar of the **United States District Court for the Eastern District of Wisconsin**.

**THAT** she/he has read the application and believes the statements therein to be true and correct.

**THAT** she/he has personal knowledge that the applicant has been admitted to practice before the STATE OF ILLINOIS and is a member in good standing of the bar of that court.

Dated this 13 day of June, 2025.

/s/ Michael J. Goldberg
Signature
MICHAEL J. GOLDBERG

155 N. Michigan Ave., Suite 540; Chicago, IL 60601
Office Address

Subscribed and sworn to before me this 13 day of June, 2025.

Lisa M Segura
Notary Public

02-16-2026
Commission Expiration Date

OFFICIAL SEAL
LISA M SEGURA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 02/16/2026



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/20/2025

Re: Bryan John O'Connor
Attorney No. 6285062

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Bryan John O'Connor was admitted to practice law in Illinois on 5/5/2005; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____
Andrew Oliva
Registrar