IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

DAVID HERSTOWSKI and
JACOB HERSTOWSKI

    Plaintiffs,

v.

GREG'S CRESCENT CITY AMUSEMENT, LLC,
CRANDON OFF-ROAD ENTERTAINMENT, LLC,
and J&S RIDES, INC.,

    Defendants.

Case No. 25-CV-0548

**DEFENDANT'S, CRANDON OFF-ROAD ENTERTAINMENT, LLC, ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT AND JURY DEMAND**

NOW COMES Defendant, Crandon Off-Road Entertainment, LLC, by its attorneys, Davczyk & Varline, LLC, and as and for an Answer and Affirmative Defenses to the Complaint of the plaintiffs, David Herstowski and Jacob Herstowski, alleges and shows to the Court as follows:

**JURISDICTION AND VENUE**

1. Answering paragraph 1, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

2. Answering paragraph 2, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

3. Answering paragraph 3, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

4. Answering paragraph 4, admit.

5. Answering paragraph 5, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

6. Answering paragraph 6, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

7. Answering paragraph 7, upon representations of counsel, admit.

8. Answering paragraph 8, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

9. Answering paragraph 9, admit.

10. Answering paragraph 10, admit.

11. Answering paragraph 11, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

12. Answering paragraph 12, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

13. Answering paragraph 13, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

14. Answering paragraph 14, deny that this answering defendant was negligent and/or had any obligation relative to the referenced equipment. As to the remaining allegations, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

15. Answering paragraph 15, deny as to this answering defendant. As to any remaining defendants, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

16. Answering paragraph 16, deny.

17. Answering paragraph 17, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

18. Answering paragraph 18, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

19. Answering paragraph 19, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

20. Answering paragraph 20, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

21. Answering paragraph 21, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

22. Answering paragraph 22, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

23. Answering paragraph 23, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

24. Answering paragraph 24, admit, but affirmatively allege that such agreement was subject to all terms, conditions, restrictions and affirmative duties contained therein.

25. Answering paragraph 25, deny.

26. Answering paragraph 26, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

27. Answering paragraph 27, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

28. Answering paragraph 28, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

29. Answering paragraph 29, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

30. Answering paragraph 30, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

31. Answering paragraph 31, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

32. Answering paragraph 32, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

33. Answering paragraph 33, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

34. Answering paragraph 34, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

35. Answering paragraph 35, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

36. Answering paragraph 36, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

37. Answering paragraph 37, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

38. Answering paragraph 38, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

39. Answering paragraph 39, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

40. Answering paragraph 40, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

41. Answering paragraph 41, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

42. Answering paragraph 42, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

43. Answering paragraph 43, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

44. Answering paragraph 44, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

45. Answering paragraph 45, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

46. Answering paragraph 46, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

47. Answering paragraph 47, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

48. Answering paragraph 48, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

49. Answering paragraph 49, upon representations of counsel, admit.

50. Answering paragraph 50, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

51. Answering paragraph 51, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

52. Answering paragraph 52, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

53. Answering paragraph 53, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

54. Answering paragraph 54, admit.

55. Answering paragraph 55, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

56. Answering paragraph 56, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

57. Answering paragraph 57, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

58. Answering paragraph 58, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

59. Answering paragraph 59, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

60. Answering paragraph 60, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

61. Answering paragraph 61, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

62. Answering paragraph 62, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

63. Answering paragraph 63, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

64. Answering paragraph 64, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

65. Answering paragraph 65, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

66. Answering paragraph 66, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

67. Answering paragraph 67, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

68. Answering paragraph 68, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

69. Answering paragraph 69, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

70. Answering paragraph 70, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

71. Answering paragraph 71, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

72. Answering paragraph 72, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

73. Answering paragraph 73, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

74. Answering paragraph 74, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

75. Answering paragraph 75, admit that this answering defendant was one of the entities involved with the carnival. As to the remaining allegations, deny.

76. Answering paragraph 76, deny.

77. Answering paragraph 77, deny.

78. Answering paragraph 78, deny.

79. Answering paragraph 79, deny.

80. Answering paragraph 80, deny.

81. Answering paragraph 81, deny.

82. Answering paragraph 82, deny.

83. Answering paragraph 83, deny.

84. Answering paragraph 84, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

85. Answering paragraph 85, deny.

86. Answering paragraph 86, deny.

87. Answering paragraph 87, deny.

88. Answering paragraph 88, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon. Specifically deny that this answering defendant had any duty towards the "fireball".

89. Answering paragraph 89, affirmatively allege that this paragraph contains a statement of law or fact for which no response is required. In the event that such a response is required, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

90. Answering paragraph 90, deny.

91. Answering paragraph 91, deny.

92. Answering paragraph 92, deny.

93. Answering paragraph 93, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

94. Answering paragraph 94, upon representations of counsel, admit.

95. Answering paragraph 95, deny.

96. Answering paragraph 96, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

97. Answering paragraph 97, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

98. Answering paragraph 98, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

99. Answering paragraph 99, admit.

100. Answering paragraph 100, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

101. Answering paragraph 101, deny.

102. Answering paragraph 102, admit.

103. Answering paragraph 103, deny.

104. Answering paragraph 104, deny.

105. Answering paragraph 105, deny.

106. Answering paragraph 106, deny.

107. Answering paragraph 107, deny.

108. Answering paragraph 108, deny.

109. Answering paragraph 109, deny.

110. Answering paragraph 110, deny.

111. Answering paragraph 11, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

112. Answering paragraph 112, deny.

113. Answering paragraph 113, deny.

114. Answering paragraph 114, deny.

115. Answering paragraph 115, deny.

116. Answering paragraph 116, deny.

117. Answering paragraph 117, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

118. Answering paragraph 118, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

119. Answering paragraph 119, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

120. Answering paragraph 120, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

121. Answering paragraph 121, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

122. Answering paragraph 122, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

123. Answering paragraph 123, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

124. Answering paragraph 124, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

125. Answering paragraph 125, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

126. Answering paragraph 126, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

127. Answering paragraph 127, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

128. Answering paragraph 128, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

129. Answering paragraph 129, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

130. Answering paragraph 130, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

131. Answering paragraph 131, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

132. Answering paragraph 132, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

133. Answering paragraph 133, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

134. Answering paragraph 134, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

135. Answering paragraph 135, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

136. Answering paragraph 136, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

137. Answering paragraph 137, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

138. Answering paragraph 138, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

139. Answering paragraph 139, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

140. Answering paragraph 140, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

141. Answering paragraph 141, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

142. Answering paragraph 142, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

143. Answering paragraph 143, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

144. Answering paragraph 144, this answering defendant realleges and incorporates by reference all previous answers, denials and affirmative defenses as if fully set forth herein.

145. Answering paragraph 145, upon representations of counsel, admit.

146. Answering paragraph 146, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

147. Answering paragraph 147, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

148. Answering paragraph 148, this answering defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation contained therein and therefore denies same and puts the plaintiffs to their strict proof thereon.

## **AFFIRMATIVE DEFENSES**

1. AS AND FOR A SEPARATE DEFENSE, affirmatively alleges that the plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted against this answering defendant.

2. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that if plaintiff incurred any injury, loss or damage at the time and place described in its Complaint, the injury, loss or damage, in whole or in part, may have been proximately caused by the acts, omissions, fault, carelessness, breach and/or want of ordinary care of the plaintiff or other persons or parties for which this answering defendant is not liable.

3. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that one or more of the plaintiffs may have failed to mitigate its damages, if any.

4. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that the plaintiffs may have failed to join one or more necessary or indispensable parties.

5. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges, for the purposes of avoid waiver of said affirmative defense, that the service of plaintiffs' Summons and Complaint upon this defendant may have been insufficient or defective.

6. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that the Court may lack personal jurisdiction over this answering defendant.

7. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that the Court may lack diversity subject matter jurisdiction over this matter due, in part, to the plaintiffs alleging damages it has not actually incurred and may not incur and/or hypothetical damages that are not actually or genuinely collectible.

8. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges there may be a lack of standing, lack of contract, lack of privity, and/or a failure or want of consideration with respect to one or more contracts, agreements, warranties, relationships or interests which are subjects of plaintiffs' Complaint.

9. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that, if the plaintiffs incurred any harm, injury or damage as alleged in the Complaint, the harm, injury or damage was caused by a superseding or intervening cause for which this defendant is not liable.

10. AS AND FOR A FURTHER AND SEPARATE DEFENSE, affirmatively alleges that, if the plaintiffs incurred any harm, injury or damage as alleged in the Complaint, the harm, injury or damage was caused by the plaintiffs assuming risks for which this defendant is not liable.

**WHEREFORE**, the defendant, Crandon Off-Road Entertainment, LLC, demands judgment dismissing the Complaint of the plaintiffs, David Herstowski and Jacob Herstowski, with prejudice and upon the merits, together with costs, disbursements and attorney fees as provided by law and any other relief the Court deems just and equitable.

**DEMAND IS HEREBY MADE FOR A TRIAL BY JURY OF TWELVE (12).**

Dated this 27th day of June, 2025 in Wausau, Wisconsin.

                                          **DAVCZYK & VARLINE, LLC**
Attorneys for Defendant, Crandon Off-Road Entertainment, LLC.

By: *Electronically signed by Brian C. Williams*
Brian C. Williams
WI State Bar No. 1037787

**Address:**
1400 Merrill Avenue
P.O. Box 1192
Wausau, WI 54402-1192
(715) 675-7777
bwilliams@dvlawoffice.com