IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

DAVID HERSTOWSKI and
JACOB HERSTOWSKI

    Plaintiffs,

v.

Case No. 25-CV-0548

GREG'S CRESCENT CITY AMUSEMENT, LLC,
CRANDON OFF-ROAD ENTERTAINMENT, LLC,
and J&S RIDES, INC.,

    Defendants.

## CIVIL L.R. 7.1 DISCLOSURE STATEMENT OF DEFENDANT, CRANDON OFF-ROAD ENTERTAINMENT, LLC

    The undersigned, counsel of record for Defendant Crandon Off-Road Entertainment, LLC, furnishes the following disclosure statement in compliance with Eastern District of Wisconsin Civil Local Rule 7.1 and Fed. R. Civ. P. 7.1:

1. Parties Represented: Crandon Off-Road Entertainment, LLC.

2. Crandon Off-Road Entertainment, LLC is a Wisconsin limited liability company. The sole member of Crandon Off-Road Entertainment, LLC is Clifford Flannery, a citizen of the state of Wisconsin.

3. Davczyk & Varline, LLC is the only law firm currently expected to appear for defendant, Crandon Off-Road Entertainment, LLC.

Dated this 10th day of July, 2025 in Wausau, Wisconsin.

                                  **DAVCZYK & VARLINE, LLC**
                                  Attorneys for Defendant, Crandon Off-Road Entertainment, LLC.

                          By:  *Electronically signed by Brian C. Williams*
                                Brian C. Williams
                                WI State Bar No. 1037787

**Address:**
1400 Merrill Avenue
P.O. Box 1192
Wausau, WI 54402-1192
(715) 675-7777
bwilliams@dvlawoffice.com